JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HARRIS,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>　　　　Defendant. | Case No. CV 15-3124-PA (SP)<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order Dismissing Action for Failure to Prosecute,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: February 2, 2017

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE